THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IVES GLOVER, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

LIUBA B. RAGOVIS, Appellant, v. JOSEPH M. RAGOVIS, Respondent.— Under the circumstances disclosed herein we find that the order for temporary alimony should be modified so as to provide that the plaintiff receive the sum of $75 weekly, which sum had been agreed to by the parties in a recent separation agreement. The order for temporary alimony should be upon condition that the case be tried promptly. Upon the trial, the financial ability of the defendant may be more thoroughly inquired into than upon affidavits. (See *Bleiman* v. *Bleiman*, 272 App. Div. 760.) Order unanimously modified accordingly and as so modified affirmed, with $20 costs and disbursements to the appellant. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERTO VAZQUEZ, Appellant.— Judgment reversed, complaint dismissed and fine remitted on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.; Cohn, J., dissents and votes to affirm.

SYDNEY H. LANE, as Administrator with the Will Annexed of WILLIAM J. LANE, Deceased, Appellant, v. HAROLD GLATZER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ.

STARLIGHT FABRICS, INC., Respondent, v. GLENS FALLS INSURANCE COMPANY, Appellant.— Determination of the Appellate Term affirmed, with costs and disbursements. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ.; Dore and Van Voorhis, JJ., dissent and vote to reverse the determination of the Appellate Term and affirm the judgment of the City Court on the ground that at the time when the goods were stolen they were not in transit as required by the provisions of the policy. [189 Misc. 470.] [See *post*, p. 807.]

JOSEPH R. JULIA, Respondent, v. G. GOSSLER TRADING CORP. et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ.

COLONIAL DYE WORKS, INC., Respondent, v. JOHN FABIO et al., Appellants.— Appeal from order entered August 2, 1947, unanimously dismissed. Orders entered on or about September 22, 1947, and October 2, 1947, respectively, unanimously affirmed, with $20 costs and disbursements. No opinion. Settle orders on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.